IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| REICH ENTERPRISE, LLC | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO: 6:25-cv-00040 |
| | § | |
| NATIONWIDE AFFINITY INSURANCE | § | |
| COMPANY OF AMERICA, | § | |
| *Defendant.* | § | |

## RULE 7.1 DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1, Defendant Nationwide Affinity Insurance Company of America represents that it is a subsidiary of Nationwide Mutual Insurance Company, which is not publicly traded. No publicly traded corporation or company owns 10% or more of Nationwide Mutual Insurance Company's stock.

Respectfully submitted,

*/s/ Patrick M. Kemp*
Patrick M. Kemp
Texas Bar No. 24043751
pkemp@smsm.com
Robert G. Wall
Texas Bar No. 24072411
rwall@smsm.com
Segal McCambridge Singer & Mahoney
100 Congress Ave., Ste. 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 – Facsimile

**ATTORNEYS FOR DEFENDANT
NATIONWIDE AFFINITY INSURANCE
COMPANY OF AMERICA**

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF and Certified Mail this the 7th day of February, 2025 to:

Mikal D. Williams                          ***#9414 7266 9904 2224 3292 45***
Shaun W. Hodge
The Hodge Law Firm, PLLC
1301 Market Street
Galveston, Texas 77550
mwilliams@hodgefirm.com
shodge@hodgefirm.com


*/s/ Patrick M. Kemp*
Patrick M. Kemp

2