IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| REICH ENTERPRISE, LLC<br>    *Plaintiff,*<br><br>v.<br><br>NATIONWIDE AFFINITY INSURANCE<br>COMPANY OF AMERICA,<br>    *Defendant.* | §<br>§<br>§<br>§ CIVIL ACTION NO: 6:25-cv-00040-JDK-JDL<br>§<br>§<br>§<br>§ |

## JOINT NOTICE CONCERNING AGREED MEDIATOR

Pursuant to the Court's Scheduling Order, the Parties have conferred and agreed to the following mediator for use in this lawsuit:

Donald R. Philbin Jr.
Donald R. Philbin Jr. P.C.
P.O. Box 12367
San Antonio, Texas 78212
(210) 212-7100
(210) 212-7118 – Facsimile
don.philbin@adrtoolbox.com

The Parties agree that suit is not ripe for mediation at this time. Once the case is ready to mediate, the Parties will promptly schedule mediation with Donald R. Philbin Jr. Accordingly, the Parties respectfully reserve the right to seek the Court's leave to select an alternative mediator in the event that calendaring issues preclude the use of Donald R. Philbin Jr.

*(Signatures on the following page)*

Respectfully submitted,

| | |
|---|---|
| */s/ Mikal D. Williams (w/ permission PMK)* | */s/ Patrick M. Kemp* |
| Mikal D. Williams | Patrick M. Kemp |
| Texas Bar No. 24107965 | Texas Bar No. 24043751 |
| mwilliams@hodgefirm.com | pkemp@smsm.com |
| Shaun W. Hodge | Robert G. Wall |
| Texas Bar No. 24052995 | Texas Bar No. 24072411 |
| shodge@hodgefirm.com | rwall@smsm.com |
| The Hodge Law Firm, PLLC | Segal McCambridge Singer & Mahoney, ltd. |
| 1301 Market Street | 100 Congress Avenue, Suite 800 |
| Galveston, Texas 77550 | Austin, Texas 78701 |
| (409) 762-5000 | (512) 476-7834 |
| (409) 763-2300 – Facsimile | (512) 476-7832 – Facsimile |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served as indicated below on this the 31st day of March, 2025 to:

Mikal D. Williams
Shaun W. Hodge
The Hodge Law Firm, PLLC
1301 Market Street
Galveston, Texas 77550
mwilliams@hodgefirm.com
shodge@hodgefirm.com

*/s/ Patrick M. Kemp*
Patrick M. Kemp